# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-509-GW(JEMx) | Date | July 17, 2017 |
|----------|---------------------|------|---------------|
| Title | *John Kikano v. Uber Technologies, Inc., et al.* | | |

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** |
|------------------------|------------------------------------------------|

| Javier Gonzalez | None Present | |
|-----------------|--------------|--|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| None Present | None Present |

**PROCEEDINGS:**     **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On June 23, 2017, an Order to Show Cause for Lack of Prosecution was issued for the following reason: failure to comply with FRCP 4(m).

Plaintiff was given until July 7, 2017 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

Initials of Preparer     JG