Christopher J. Hamner, Esq. (SBN 197117)
Evelina M. Serafini, Esq. (SBN 187137)
**HAMNER LAW OFFICES, APC**
5023 Parkway Calabasas
Calabasas, California 91302
Telephone: (818) 876-9631
chamner@hamnerlaw.com
eserafini@hamnerlaw.com

Attorneys for Plaintiff JOHN KIKANO

## UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DISTRICT

| | |
|---|---|
| JOHN KIKANO, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation; XCHANGE LEASING, LLC; a California corporation; UFS INC., a California corporation; BAMA LEASING, INC., a Pennsylvania corporation,<br><br>Defendants. | Case No.  2:17-cv-00509 GW(JEMx)<br><br>Hon. George Wu<br><br>**REQUEST FOR DISMISSAL; DECLARATION OF CHRISTOPHER J. HAMNER IN SUPPORT THEREOF; [PROPOSED] ORDER** |

1

KIKANO v. UBER TECHNOLOGIES, INC.- REQUEST FOR DISMISSAL, DECLARATION OF CHRISTOPHER J. HAMNER, PROPOSED ORDER

# ~~PROPOSED~~ ORDER

Upon considering Plaintiff's Request for Dismissal, IT IS HEREBY ORDERED THAT:

1. Plaintiff's representative claims shall be dismissed with prejudice;
2. Plaintiff's individual claims shall be dismissed without prejudice;
3. The class claims in this matter be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 12, 2019

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE